DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RAI PUNEET,**
Appellant,

v.

**SUMAN PATEL,**
Appellee.

No. 4D17-1402

[February 15, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jeffrey Dana Gillen, Judge; L.T. Case No. 2016CA000829XXXXMB.

C. Cory Mauro of Mauro Law P.A., Boca Raton, for appellant.

S. Brian Bull of Scott, Harris Bryan, Barra & Jorgensen, P.A., Palm Beach Gardens, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., GROSS and KUNTZ, JJ., concur.

*   *   *

***Not final until disposition of timely filed motion for rehearing.***